

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-13-00804-CV

**LONE STAR BAKERY, INC.** and Lone Star Bakery of San Antonio, Inc.,
Appellants

v.

Tomas **DE LA GARZA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13819
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Appellants' Second Amended Opposed Motion to Stay Litigation Proceedings and Discovery is hereby DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court